IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| Shelle M. Angelo | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   2:21-cv-02366-JWL |
| | ) |
| BELFOR USA Group, Inc. | ) |
| Defendant. | ) |

STIPULATION FOR DISMISSAL

COME NOW Plaintiff Shelle M. Angelo and Defendant BELFOR USA Group, Inc., by and through their respective counsel, and stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

BECKETT & HENSLEY, L.C.

 /s/ Jeffrey M. Hensley
Jeffrey M. Hensley           #15417
jeff@beckettandhensley.com
Theodore C. Beckett, III
tcb@beckettandhensley.com
2345 Grand Boulevard, Suite 1600
Kansas City, MO 64108
Tele:   (816) 471-7500
Fax:    (816) 222-0708

Attorneys for Plaintiff Shelle M. Angelo

TRIPLETT WOOLF GARRETSON, LLC

*/s/ John P. Woolf*
John P. Woolf
jpwoolf@twgfirm.com
2959 N. Rock Road, Suite 300
Wichita, Kansas 67226
Telephone: (316) 630-8100
Facsimile: (316) 630-8101

and

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

*/s/ Steven F. Griffith, Jr.*
Steven F. Griffith, Jr. (La. #27232)
sgriffith@bakerdonelson.com
Christine Marie White (La. #28804)
cmwhite@bakerdonelson.com
**(Admitted *Pro Hac Vice*)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-8634
Facsimile: (612) 636-3975

Attorneys for Defendant
 BELFOR USA Group, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2022, the foregoing was electronically filed with the clerk of the Court by using the CM/ECF system, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties have access to this filing through the Court's CM/ECF System.

*/s/ Jeffrey M. Hensley*
Attorney for Plaintiff